**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02029-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIAM ELLER,

    Plaintiff,

v.

STEVE HARTLEY,
DARYL VIGIL,
RENEE APODACA,
MR. RICHA, [First] Name Unknown,
MR. POUNDS, [First] Name Unknown,
PENNY SPEARING, and
GLENNA CLAUNCH,

    Defendant.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff, William Eller, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Sterling, Colorado.  He submitted *pro se* a Prisoner Complaint (ECF No. 1) and a document titled "Affidavit and Declarations of Indigency" (ECF No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    _X_   is missing certified copy of prisoner's trust fund statement for the 6-month

|      |     |                                                                                                                                    |
|------|-----|------------------------------------------------------------------------------------------------------------------------------------|
|      |     | period <u>immediately</u> preceding this filing; <u>embellished copy of account statement submitted is unacceptable</u>            |
| (4)  | __  | is missing certificate showing current balance in prison account                                                                   |
| (5)  | __  | is missing required financial information                                                                                          |
| (6)  | __  | is missing an original signature by the prisoner                                                                                   |
| (7)  | X   | is not on proper form (<u>must use and complete the court's current form revised 10/01/12 with Authorization and Certificate of Prison Official</u>) |
| (8)  | X   | names in caption do not match names in caption of complaint, petition or habeas application                                        |
| (9)  | __  | An original and a copy have not been received by the court. Only an original has been received.                                    |
| (10) | X   | other: <u>§ 1915 motion and affidavit and certified account statement only are necessary if $400.00 filing fee is not paid in full in advance.</u> |

**Complaint, Petition or Application**:
- (11) __ is not submitted
- (12) __ is not on proper form (must use the court's current form)
- (13) __ is missing an original signature by the prisoner
- (14) __ is missing page nos. __
- (15) __ uses et al. instead of listing all parties in caption
- (16) __ An original and a copy have not been received by the court. Only an original has been received.
- (17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (18) __ names in caption do not match names in text
- (19) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov, and shall use that form in curing the designated deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

3

**within thirty days from the date of this order**, the complaint and the action will be dismissed without further notice. It is

DATED August 1, 2013, at Denver, Colorado.

                BY THE COURT:

                s/Boyd N. Boland
                United States Magistrate Judge