**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02029-LTB

WILLIAM ELLER,

    Plaintiff,

v.

STEVE HARTLEY,
DARYL VIGIL,
RENEE APODACA,
MR. BICHA, [First] Name Unknown,
MR. POUNDS, [First] Name Unknown,
PENNY SPEARING, and
GLENNA CLAUNCH,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The request for a Prisoner Complaint packet that Plaintiff submitted *pro se* on June 16, 2014 (ECF No. 27) is GRANTED. The clerk of the Court is directed to mail to Plaintiff a Prisoner Complaint packet.

    In the future, Plaintiff is directed not to file such requests using the docket number for a closed case. Rather, he should make such requests in a letter to the clerk of the Court without reference to the docket number of a case.

Dated: June 18, 2014