IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02029-LTB

WILLIAM ELLER,

    Plaintiff,

v.

STEVE HARTLEY,
DARYL VIGIL,
RENEE APODACA,
MR. BICHA, Name Unknown,
MR. POUNDS, Name Unknown,
PENNY SPEARING, and
GLENNA CLAUNCH,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This action was dismissed without prejudice on January 6, 2015.  (*See* ECF Nos. 25, 26).  Pursuant to Mr. Eller's request, the Court directed the clerk's office to mail to Plaintiff a Prisoner Complaint packet so that he could initiate a new § 1983 action.  (*See* ECF Nos. 27-29).  On February 5, 2015, Mr. Eller filed a "Motion to Proceed with U.S.C. § 1983" (ECF No. 30).  The motion is DENIED as unnecessary.  Mr. Eller is welcome to file a new § 1983 action in this Court.  The Prisoner Complaint should not be filed in this case, which has been terminated.  Instead, Mr. Eller may initiate a new civil action.

Dated:  February 24, 2015